IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLYDE LAMB,

    Plaintiff,

v.

BILL SMITH, Sheriff; Officer STEVENS; and CAMDEN COUNTY JAIL,

    Defendants.

CIVIL ACTION NO.: CV208-179

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. In his filing titled "Motion for Courts", Plaintiff asserts that Defendant Bill Smith, as Sheriff, had indirect knowledge of abuses occurring to him while Plaintiff was confined at the Camden County Safety Complex in Woodbine, Georgia. Plaintiff has shown nothing which indicates that Defendant Smith was directly liable for any alleged constitutional violations.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's claims against Defendants Bill Smith and the Camden County Jail are **DISMISSED**. Plaintiff's claims of deprivation of property are also **dismissed.**

SO ORDERED, this 9 day of July, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)